UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| THOMAS LAMOUREUX : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | C.A. No.: 1:17-cv-00552-WES-PAS |
| : | |
| OCWEN LOAN SERVICING, LLC, DEUTSCH : | |
| BANK NATIONAL TRUST COMPANY AS : | |
| TRUSTEE FOR ARGENT SECURITIES, INC. : | |
| ASSET BACKED PASS-THROUGH : | |
| CERTIFICATES, SERIES 2003-W6, ALIAS : | |
| : | |
| Defendants. : | |

## ENTRY OF APPEARANCE

Appearance is hereby entered by Meredith B. Renner of Locke Lord LLP on behalf of defendants Ocwen Loan Servicing, LLC and Deutsche Bank National Trust Company, as Trustee for Argent Securities Inc., Asset-Backed Pass-Through Certificates, Series 2003-W6.

Respectfully submitted,

/s/ Meredith B. Renner
Meredith B. Renner (BBO# 7482)
LOCKE LORD LLP
2800 Financial Plaza
Providence, RI 02903
(401) 274-9200
(401) 633-6568 (Fax)
meredith.renner@lockelord.com

Date: December 8, 2017

- 2-

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on the 8th day of December, 2017, this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be mailed to those indicated as non-registered participants.

/s/ Meredith B. Renner
Meredith B. Renner