**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

THOMAS LAMOUREUX,
    Plaintiff,

    v.                                    C.A. No. 17-552 WES

DEUTSCHE BANK NATIONAL
TRUST COMPANY, et al.,
    Defendants.

## SHOW CAUSE ORDER

On or before **April 6th, 2018** Plaintiff is hereby ordered to show cause, in writing, why this matter should not be dismissed for lack of prosecution. Failure to comply will result in dismissal of the case.

ENTER:

/s/ WESmith
_____
William E. Smith
Chief U.S. District Judge

date: March 9th, 2018