UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| THOMAS LAMOUREUX | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C.A. No.: 1:17-cv-00552-WES-PAS |
| | : | |
| OCWEN LOAN SERVICING, LLC, DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR ARGENT SECURITIES, INC. ASSET BACKED PASS-THROUGH CERTIFICATES, SERIES 2003-W6, ALIAS | : | |
| | : | |
| Defendants. | : | |

**DEFENDANTS' MOTION TO DISMISS
PURSUANT TO *FED. R. CIV. P.* 12(b)(5)**

Defendants, Ocwen Loan Servicing, LLC and Deutsche Bank National Trust Company, as Trustee for Argent Securities Inc., Asset-Backed Pass-Through Certificates, Series 2003-W6, hereby moves to dismiss the *Complaint* of Plaintiff, Thomas Lamoureux, pursuant to *Federal Rule of Civil Procedure* 12(b)(5) for insufficiency of service of process.[1]

Defendants rely on the attached *Memorandum of Law* in support hereof.

---

[1] The filing of this *Motion* is not a waiver by Defendants of the requirement that service be made in accordance with the *Federal Rules of Civil Procedure*.

AM 68405082.1

- 2-

OCWEN LOAN SERVICING, LLC AND
DEUTSCHE BANK NATIONAL TRUST
COMPANY, AS TRUSTEE FOR ARGENT
SECURITIES INC., ASSET-BACKED
PASS-THROUGH CERTIFICATES,
SERIES 2003-W6

By their Attorneys,

/s/ Meredith B. Renner
Meredith B. Renner (#7482)
LOCKE LORD LLP
2800 Financial Plaza
Providence, RI 02903
(401) 274-9200
(401) 633-6568 (Fax)
meredith.renner@lockelord.com

Date: April 3, 2018

## CERTIFICATE OF SERVICE

    I, the undersigned, hereby certify that on the 3rd day of April, 2018, this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be mailed to those indicated as non-registered participants.

/s/ Meredith B. Renner
