# EXHIBIT A



# Notice of Service of Process

null / ALL
**Transmittal Number: 17872925**
**Date Processed: 03/09/2018**

| | |
|---|---|
| **Primary Contact:** | Noemi Morales<br>Ocwen Financial Corporation<br>1661 Worthington Road<br>Ste 100<br>West Palm Beach, FL 33409 |
| **Electronic copy provided to:** | Christine Hill |

| | |
|---|---|
| **Entity:** | Ocwen Loan Servicing, LLC<br>Entity ID Number  2122003 |
| **Entity Served:** | Ocwen Loan Servicing, LLC |
| **Title of Action:** | Thomas Lamoureux vs. Ocwen Loan Servicing, LLC |
| **Document(s) Type:** | Summons/Complaint |
| **Nature of Action:** | Contract |
| **Court/Agency:** | U.S. District Court, Rhode Island |
| **Case/Reference No:** | 17-CV-552S |
| **Jurisdiction Served:** | Rhode Island |
| **Date Served on CSC:** | 03/09/2018 |
| **Answer or Appearance Due:** | 21 Days |
| **Originally Served On:** | CSC |
| **How Served:** | Personal Service |
| Sender Information: | John B. Ennis<br>401-943-9230 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**

251 Little Falls Drive, Wilmington, Delaware 19808-1674   (888) 690-2882   |   sop@cscglobal.com