# EXHIBIT B

**PRIORITY MAIL EXPRESS**
**FLAT RATE**
**POSTAGE REQUIRED**

PRESS FIRMLY TO SEAL

John B. Ennis Esq
1200 RESERVOIR AVE
CRANSTON RI 02920-6012

**USPS CERTIFIED MAIL**

9402 6108 9876 5006 7056 05

DEUTSCHE BANK NATIONAL TRUST CO.
ATTN VICE PRESIDENT DANIELA PONDEVA
1761 E SAINT ANDREW PL # 2
SANTA ANA CA 92705-4934

US POSTAGE AND FEES PAID
PRIORITY MAIL
Mar 07 2018
Mailed from ZIP 02920
2 lb PM Zone 8

CommercialBasePrice    071S00777793

SIGNATURE INCLUDED

US AT USPS.COM®
R FREE SUPPLIES ONLINE





**UNITED STATES POSTAL SERVICE**

id select International destinations. See DMM and IMM at pe.usps.com for complete details.
For Domestic shipments, the maximum weight is 70 lbs. For International shipments, the maximum weight is

# USPS Tracking®

FAQs > (http://faq.usps.com/?articleId=220900)

Track Another Package +

**Tracking Number:** 9402610898765006705605

Remove ✕

**On Time**

**Expected Delivery on**

**FRIDAY**
**9** MARCH 2018 ⓘ  by **8:00pm** ⓘ

## ✓ Delivered

March 9, 2018 at 10:38 am
Delivered, Front Desk/Reception
SANTA ANA, CA 92705

Get Updates ⌄

---

**Text & Email Updates** ⌄

---

**Tracking History** ⌄

---

**Product Information** ⌄

---

See Less ⌃

# Can't find what you're looking for?