UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| THOMAS LAMOUREUX | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C.A. No.: 1:17-cv-00552-WES-PAS |
| | : | |
| OCWEN LOAN SERVICING, LLC, DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR ARGENT SECURITIES, INC. ASSET BACKED PASS-THROUGH CERTIFICATES, SERIES 2003-W6, ALIAS | : | |
| Defendants. | : | |

**DEFENDANTS' NOTICE REGARDING ITS MOTION TO DISMISS
PURSUANT TO *FED. R. CIV. P.* 12(b)(5)**

Today Defendants Ocwen Loan Servicing, LLC and Deutsche Bank National Trust Company, as Trustee for Argent Securities Inc., Asset-Backed Pass-Through Certificates, Series 2003-W6 ("Defendants") filed a *Motion to Dismiss the Complaint* ("*Motion*") for insufficiency of service of process, with a supporting *Memorandum of Law* ("*Memorandum*"). [Dkt. # 12]. Though the *Memorandum* correctly indicated that dismissal pursuant to *Fed. R. Civ. P.* 4(m) is "without prejudice" (p. 2), it inadvertently stated in one sentence that this matter should be dismissed "with prejudice" (p.4).[1]  This was a typographical error.  Defendants do not seek dismissal with prejudice nor do they contend that they would be entitled to such relief.

---

[1] The *Motion* did not indicate one way or another whether dismissal was sought with or without prejudice.

AM 68411545.1

- 2-

OCWEN LOAN SERVICING, LLC AND
DEUTSCHE BANK NATIONAL TRUST
COMPANY, AS TRUSTEE FOR ARGENT
SECURITIES INC., ASSET-BACKED
PASS-THROUGH CERTIFICATES,
SERIES 2003-W6

By their Attorneys,

/s/ Meredith B. Renner
Meredith B. Renner (#7482)
LOCKE LORD LLP
2800 Financial Plaza
Providence, RI 02903
(401) 274-9200
(401) 633-6568 (Fax)
meredith.renner@lockelord.com

Date: April 3, 2018

## CERTIFICATE OF SERVICE

    I, the undersigned, hereby certify that on the 3rd day of April, 2018, this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be mailed to those indicated as non-registered participants.

/s/ Meredith B. Renner