UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| THOMAS LAMOUREUX<br><br>Plaintiff,<br><br>v.<br><br>OCWEN LOAN SERVICING, LLC, DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR ARGENT SECURITIES, INC. ASSET BACKED PASS-THROUGH CERTIFICATES, SERIES 2003-W6<br><br>Defendants. | : | C.A. No.: 1:17-cv-00552-WES-PAS |

**ASSENTED-TO MOTION TO SET ASIDE**
**<u>FORECLOSURE AND RESCIND FORECLOSURE DEED</u>**

Defendants, Ocwen Loan Servicing, LLC and Deutsche Bank National Trust Company, as Trustee for Argent Securities Inc., Asset-Backed Pass-Through Certificates, Series 2003-W6 (collectively, "Defendants"), hereby respectfully request that the Court set aside the May 28, 2015, foreclosure sale of plaintiff Thomas Lamoureux's ("Plaintiff"), property located 115 A&B Victory Street, Cumberland, Rhode Island 02864, and rescind the Foreclosure Deed executed on August 31, 2016, and recorded on September 30, 2016 in the Land Evidence Records for the Town of Cumberland at Book 1723, Page 827. Support for this Motion is more fully set forth in the accompanying Memorandum of Law, filed contemporaneously herewith. Plaintiff has granted his assent to this Motion.

Respectfully submitted,

OCWEN LOAN SERVICING, LLC AND DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR ARGENT SECURITIES INC., ASSET-BACKED PASS-THROUGH CERTIFICATES, SERIES 2003-W6

By their Attorneys,

/s/ Krystle G. Tadesse
Krystle G. Tadesse (# 7944)
LOCKE LORD LLP
2800 Financial Plaza
Providence, RI 02903
(401) 274-9200
(401) 633-6568 (Fax)
Krystle.Tadesse@lockelord.com

Date: February 21, 2019

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on the 21st day of February, 2019, this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be mailed to those indicated as non-registered participants.

/s/ Krystle G. Tadesse