UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| THOMAS LAMOUREUX | : |
| Plaintiff, | : |
| v. | : C.A. No.: 1:17-cv-00552-WES-PAS |
| OCWEN LOAN SERVICING, LLC, DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR ARGENT SECURITIES, INC. ASSET BACKED PASS-THROUGH CERTIFICATES, SERIES 2003-W6 | : |
| Defendants. | : |

## ORDER

On February 21, 2019, Defendants, Ocwen Loan Servicing, LLC and Deutsche Bank National Trust Company, as Trustee for Argent Securities Inc., Asset-Backed Pass-Through Certificates, Series 2003-W6 (collectively, "Defendants") filed a Motion to Set Aside Foreclosure and Rescind Foreclosure Deed. With assent of counsel for Plaintiff, Thomas Lamoureux ("Plaintiff") it is hereby:

## ORDERED

1. Defendants' Assented-to Motion to Set Aside Foreclosure and Rescind Foreclosure Deed is GRANTED;

2. The May 28, 2015, foreclosure sale of Plaintiff's property located 115 A&B Victory Street, Cumberland, Rhode Island 02864 is set aside, and the Foreclosure Deed executed on August 31, 2016, and recorded on September 30, 2016 in the Land Evidence Records for the Town of Cumberland at Book 1723, Page 827, is rescinded.

IT IS SO ORDERED.

_____
William E. Smith
Chief Judge
Dated: March 19, 2019


ORDER PREPARED AND PRESENTED BY:

/s/ *Krystle G. Tadesse*
Krystle G. Tadesse (# 7944)
LOCKE LORD LLP
2800 Financial Plaza
Providence, RI 02903
(401) 274-9200
(401) 633-6568 (Fax)
krystle.tadesse@lockelord.com


DATED: February 21, 2019

- 3 -

## **CERTIFICATE OF SERVICE**

      I, the undersigned, hereby certify that on the 21st day of February, 2019, this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be mailed to those indicated as non-registered participants.

      /s/ Krystle G. Tadesse